# United States Court of Appeals
## For the First Circuit

No. 22-1066

DORA L. BONNER,

Plaintiff, Appellant,

v.

TRIPLE S MANAGEMENT CORPORATION, TRIPLE-S VIDA, INC.,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on May 19, 2023, is amended as follows:

On the Cover page, line 17, change "Hon. Bruce J. McGivern" to "Hon. Bruce J. McGiverin"